# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TIMOTHY ALLEN TOTH**                                                                 **PLAINTIFF**
**ADC #551286**

V.                                      NO. 4:24-cv-00285-JM

**JOE PAYNE and**
**BOLDEN**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE